UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CONTRELL LATIMORE,

        Plaintiff,                    No. 10-CV-14171-DT

vs.                                       Hon. Gerald E. Rosen

WAYNE COUNTY, et al.,

        Defendants.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION AND DISMISSING PLAINTIFF'S COMPLAINT

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on September 12, 2012

PRESENT:   Honorable Gerald E. Rosen
                       United States District Chief Judge

This Section 1983 prisoner civil rights matter having come before the Court on the July 13, 2012 Report and Recommendation of United States Magistrate Paul J. Komives recommending that the Court grant the two motions for summary judgment filed by the Detroit Police Officer Defendants and the Wayne County Defendants; and Plaintiff having timely filed objections to the Magistrate Judge's Report and Recommendation; and the Court having reviewed the Magistrate Judge's Report and Recommendation, Plaintiff's Objections, and the Court's entire file of this action, and having concluded that, for the reasons stated in the Report and Recommendation, Defendants' motions should be granted and this case should, accordingly be dismissed in its entirety; and the Court being otherwise fully advised

in the premises,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation of July 13, 2012 [**Dkt. # 35**] be, and hereby is, adopted by this Court.

IT IS FURTHER ORDERED that the Detroit Police Officer Defendants' Motion for Summary Judgment **[Dkt. # 20**] be, and hereby is, GRANTED.

IT IS FURTHER ORDERED that the Wayne County Defendants' Motion for Summary Judgment **[Dkt. # 23]** is GRANTED.

Accordingly, Plaintiff's Complaint is DISMISSED in its entirety with prejudice.

IT IS FURTHER ORDERED that, based on the reasons set forth in the Magistrate Judge's Report and Recommendation, this Court certifies that any appeal by Plaintiff would be frivolous and not in good faith.  28 U.S.C. § 1915(a).

s/Gerald E. Rosen
Chief Judge, United States District Court

Dated:  September 12, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 12, 2012, by electronic and/or ordinary mail.

s/Shawntel Jackson for Ruth A. Gunther
Case Manager